IN THE UNITED STATES COURT
OF INTERNATIONAL TRADE

GELLERT GLOBAL GROUP CORP.,

Plaintiff,

v.

DONALD J. TRUMP, *in his official capacity as President of the United States*; EXECUTIVE OFFICE OF THE PRESIDENT; the UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of United States Customs and Border Protection;* JAMIESON GREER, *in his official capacity as United States Trade Representative*; *and* OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE;

Defendants.

Case No. Case No. 26-cv-04636

**Summons**

To: The Attorney General, President Donald J. Trump, Executive Office of the President, the United States of America, United States Customs and Border Protection, Commissioner of the United States Customs and Border Protection Rodney S. Scott, United States Trade Representative Jamieson Greer, Office of the United States Trade Representative.

You are hereby summoned and required to serve upon Plaintiffs' attorney, whose name and address are set out below, an answer to the complaint, which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

/s/ Gina Justice
Clerk of the Court

October 20, 2026

/s/ Jeffrey M. Schwab

Jeffrey M. Schwab
Liberty Justice Center
1629 K. Street N.W.
Suite 300
Washington, D.C. 20006
512-481-4400