IN THE UNITED STATES COURT
OF INTERNATIONAL TRADE

| | |
|---|---|
| GELLERT GLOBAL GROUP CORP.,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*; EXECUTIVE OFFICE OF THE PRESIDENT; the UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of United States Customs and Border Protection;* JAMIESON GREER, *in his official capacity as United States Trade Representative*; *and* OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE;<br><br>Defendants. | Case No. 26-cv-04636<br><br>**Notice of Appearance** |

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the Court of International Trade, the undersigned appears as attorney for Plaintiff Gellert Global Group Corp. in this action and requests that all papers be served on him.

Date: October 27, 2026

/s/ Reilly Stephens

Reilly Stephens
Liberty Justice Center
1629 K Street N.W.
Suite 300
Washington, DC 2006
512-481-4400
rstephens@ljc.org