IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE
THE HONORABLE JOSEPH A. LAROSKI, JR., JUDGE
THE HONORABLE KARA M. WESTERCAMP, JUDGE

GELLERT GLOBAL GROUP CORP.,

Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; the UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of United States Customs and Border Protection; JAMIESON GREER, in his official capacity as United States Trade Representative; and OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE,

Defendants.

Court No. 26-04636

NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned, Douglas G. Edelschick, hereby enters an additional appearance for defendants in this action and requests that all papers be served on him.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

s/ Douglas G. Edelschick
DOUGLAS G. EDELSCHICK
Assistant Director

Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 353-9303
Email: Douglas.Edelschick@usdoj.gov

October 28, 2026

*Attorneys for Defendants*