**U.S. Court of International Trade**
**Honorable Claire R. Kelly, Joseph A. Laroski, Jr., Kara M. Westercamp**

**Conference via Teams - Wednesday, October 28, 2026, at 11:00 a.m.**
**Courtroom 3**

| Court Number 26-cv-04636 -3JP-Section 338 |
| --- |
| Jurisdiction 1581 (i) |

| **Party Name** | **Counsel** | **Law Firm** |
| --- | --- | --- |
| Gellert Global Group Corp.<br>(Plaintiff) | Jeffrey M. Schwab<br>&<br>Reilly Stephens | Liberty Justice Center |

| | | |
| --- | --- | --- |
| United States et al.<br>(Defendants) | Brendan D. Jordan<br>&<br>Douglas G. Edelschick | U.S. Department of Justice |