# UNITED STATES COURT OF INTERNATIONAL TRADE

**GELLERT GLOBAL GROUP CORP.,**

**Plaintiff,**

**v.**

**DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; the UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of United States Customs and Border Protection; JAMIESON GREER, in his official capacity as United States Trade Representative; and OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE,**

**Defendants.**

**Before: Claire R. Kelly, Joseph A Laroski, Jr., and Kara M. Westercamp, Judges**

**Court No. 26-04636**

## SCHEDULING ORDER

Upon consideration of Plaintiff's Motion for a Preliminary Injunction and/or Summary Judgment for Permanent Injunction, its request for an expedited briefing schedule, see ECF No. 6, the virtual conference held before the court on October 28, 2026, see ECF No. 12, and pursuant to U.S. Court of International Trade Rules 1 and 7, it is

**ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that the following expedited briefing schedule for the Plaintiff's Motion for Summary Judgment shall apply:

1. Amicus curiae briefs in support of Plaintiff's Motion for Summary Judgment shall be filed on or before Friday, November 13, 2026;

2. Defendants shall file their Response to Plaintiff's Motion for Summary Judgment and their Response to Plaintiff's Statement of Undisputed Facts Pursuant to Rule 56.3 on or before Friday, December 11, 2026;

3. Amicus curiae briefs in support of Defendants' Response shall be filed on or before Wednesday, December 23, 2026;

4. Plaintiff shall file its Reply brief on or before Monday, January 11, 2027;

5. The Joint Appendix shall be filed on or before Friday, January 15, 2027;

6. Defendants shall file their Answer to the Complaint, on or before Friday, January 15, 2027; and

7. Oral argument shall be scheduled on a date to be determined by the court; and it is further

**ORDERED** that notwithstanding the limitations in U.S. Court of International Trade Rule 7(f) regarding when consultation is required, the consultation requirements of that rule shall apply to any additional motions in this action.

/s/ Claire R. Kelly
Claire R. Kelly, Judge
For the Panel

Dated: October 28, 2026
New York, New York