**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **GELLERT GLOBAL GROUP CORP.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; the UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of United States Customs and Border Protection; JAMIESON GREER, in his official capacity as United States Trade Representative; and OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE,**<br><br>**Defendants.** | **Before: Claire R. Kelly, Joseph A. Laroski, Jr., and Kara M. Westercamp, Judges**<br><br>**Court No. 26-04636-3JP** |

**ORDER**

Upon consideration of Plaintiff's Motion for Summary Judgment, its request for an expedited briefing schedule, see ECF No. 6, the virtual conference held before the court on October 28, 2026, see ECF No. 12, and pursuant to the scheduling order issued on October 28, 2026, see ECF No. 13, and U.S. Court of International Trade Rules 1 and 7(c), it is

**ORDERED** that oral argument shall be held on Wednesday, January 20, at 11:00 a.m. in the Ceremonial Courtroom of the United States Court of International Trade, One Federal Plaza, New York, NY.

/s/ Claire R. Kelly
Claire R. Kelly, Judge
For the Panel

Dated: November 2, 2026
New York, New York