**UNITED STATES COURT OF INTERNATIONAL TRADE**

GELLERT GLOBAL GROUP CORP.,

Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; the UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of United States Customs and Border Protection; JAMIESON GREER, in his official capacity as United States Trade Representative; and OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE,

Defendants.

Before: Claire R. Kelly, Joseph A. Laroski, Jr., and Kara M. Westercamp, Judges

Court No. 26-04636

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney *(attorney or of counsel)* for Barry Appleton, amicus curiae in support of Plaintiff's Motion for Summary Judgment (Scheduling Order ¶ 1, ECF No. 13), in this action and requests that all papers be served on him.

☐ and for the parties indicated in the actions listed on the attached schedule

The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Barry Appleton, appearing in his personal capacity.

*NOTE: This appearance is filed by Barry Appleton in his personal capacity as amicus curiae. The institutional affiliation given below is provided for identification only and does not constitute an appearance by, or on behalf of, New York Law School or the Center for International Law.*

Date: November 7, 2026

Signature

**Barry Appleton**
Attorney
Center for International Law, New York Law School
185 West Broadway, New York, NY 10013
416-966-8800 | barry.appleton@nyls.edu