# CERTIFICATE OF SERVICE

**Gellert Global Group Corp. v. Donald J. Trump,** *in his official capacity as President of the United States;* **Executive Office of the President; the United States of America; United States Customs and Border Protection; Rodney S. Scott,** *in his official capacity as Commissioner of United States Customs and Border Protection;* **Jamieson Greer,** *in his official capacity as United States Trade Representative;* **and Office of the United States Trade Representative.**

**CIT No. 26-cv-04636**

Pursuant to Rule 3(f) of the Rules of the Court of International Trade, I certify that on November 10, 2026, I caused copies of the foregoing Summons and Complaint to be served upon the following individuals by certified mail, return receipt requested:

Donald J. Trump
Office of the President
1600 Pennsylvania Avenue, N.W.
Washington D.C. 20500-0005

Executive Office of the President
1600 Pennsylvania Avenue, N.W.
Washington D.C. 20500-0005

United States Customs and Border Protection
1300 Pennsylvania Avenue, NW
Washington D.C. 20229-0002

Rodney S. Scott, Commissioner, U.S. Customs and Border Protection
1300 Pennsylvania Avenue, NW
Washington D.C. 20229-0002

Jamieson Greer, United States Trade Representative
600 17th St. NW
Washington D.C. 20508-0001

Office of the United States Trade Representative
600 17th St. NW
Washington D.C. 20508-0001

Attorney-in-Charge, International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza, Suite 346
New York, NY 10278

/s/ Jeffrey M. Schwab
Jeffrey M. Schwab