**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| GELLERT GLOBAL GROUP CORP.,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; the UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of United States Customs and Border Protection; JAMIESON GREER, in his official capacity as United States Trade Representative; and OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE,<br><br>Defendants. | **Claire R. Kelly, Joseph A Laroski, Jr., and Kara M. Westercamp, Judges**<br><br>**Court No. 26-04636** |

**PROPOSED ORDER**

Upon consideration of the motion of proposed *amici curiae* Carla A. Hills, Alan Wm. Wolff, and Warren H. Maruyama for leave to file an *Amici Brief*, it is hereby:

ORDERED that the motion is granted; and it is further:

ORDERED that the proposed *Amici Brief* in support of Plaintiff is accepted for filing.

Dated: ______________________ ______________________________

Judge: