## CERTIFICATE OF SERVICE

I, Tung A. Nguyen, hereby certify that on November 11, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants.

**Dated: November 11, 2026**

/s/ Tung A. Nguyen

Tung A. Nguyen
Baker & Hostetler LLP