**FORM 13**

**UNITED STATES COURT OF INTERNATIONAL TRADE**
One Federal Plaza
New York, New York 10278

# DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by Alan Wm. Wolff
(Name of attorney of record)
on behalf of Alan Wm. Wolff, Warren H. Maruyama and Carla A. Hills (pro se amici curiae) in the matter of GELLERT GLOBAL GROUP CORP. v. Donald J. Trump et al, Court No. 26-04636.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

Not applicable.

2. Indicate whether the party on whose behalf this Form is being filed is ☑ or is not ☐ the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

Not applicable.

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

Not applicable.

/s/ Alan Wm. Wolff
Signature of Attorney

11/13/2026
Date

Firm

20 Bridle Court, P.O. Box 59110
Street Address

Potomac, MD 20854
City, State and Zip Code

(202) 577-6107
Telephone Number

alan.wolff@alanwmwolff.com
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)