**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **GELLERT GLOBAL GROUP CORP.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; the UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of United States Customs and Border Protection; JAMIESON GREER, in his official capacity as United States Trade Representative; and OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE,**<br><br>**Defendants.** | **Before: Claire R. Kelly, Joseph A. Laroski, Jr., and Kara M. Westercamp, Judges**<br><br>**Court No. 26-04636-3JP** |

**[PROPOSED] ORDER**

Before the Court is Advancing American Freedom et al.'s unopposed Motion for Leave to File Amicus Curiae Brief (the "Motion").

**ORDERED** that the motion is granted; and it is further:

**ORDERED** that the proposed Amicus Brief in support of Plaintiff is accepted for filing.

Accordingly, the Clerk of the Court is **INSTRUCTED** to file the Advancing American Freedom et al.'s proposed amicus curiae brief.

Signed in New York, New York, on this _____ day of __________, 2026.

___________________________

**Claire R. Kelly, Judge for the Panel**