FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 11**

| | |
|---|---|
| GELLERT GLOBAL GROUP CORP.<br><br>Plaintiff,<br>v.<br>Donald J. Trump, in his official capacity as President of the United States, et. al.<br><br>Defendant. | Court No. 26-04636-3JP |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for amicus , Peter Harrell, Jennifer Hillman, and Gregory Shaffer, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Nithya Nagarajan.

Date: 11/13/2026

/s/Nithya Nagarajan
Signature

Nithya Nagarajan
Attorney

Husch Blackwell LLP
Firm

1801 Pennsylvania Ave., NW Suite 1000
Street Address

Washington, DC 20006
City, State and Zip Code

202-378-2300
Telephone Number

nithya.nagarajan@huschblackwell.com
E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
| --- | --- | --- |
| | | |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)