UNITED STATES COURT OF INTERNATIONAL TRADE

---

GELLERT GLOBAL GROUP CORP.,

Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; the UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of United States Customs and Border Protection; JAMIESON GREER, in his official capacity as United States Trade Representative; and OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE,

Defendants.

**Before: Claire R. Kelly, Joseph A. Laroski, Jr., and Kara M. Westercamp, Judges**

**Court No. 26-04636-3JP**

---

**ORDER**

---

Upon consideration of the Motion of Peter Harrell, Jennifer Hillman and Gregory Shaffer, for Leave to File a Brief as Amici Curiae in Support of Plaintiffs, and all other pertinent papers and proceedings herein; it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Brief of Amici Curiae Gregory Shaffer, Jennifer Hillman, and Peter Harrell in Support of Plaintiffs is entered on the docket in this action.

SO ORDERED.

______________________________
Judge

Dated: __________________, 2026
New York, NY