**FORM 13**

**UNITED STATES COURT OF INTERNATIONAL TRADE**
One Federal Plaza
New York, New York 10278

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

This notification is submitted by Nithya Nagarajan
(Name of attorney of record)
on behalf of George Shaffer, Jennifer Hillman and Peter Harrell in the matter of Gellert Global Group Corp. v. Donald J. Trump, et al., Court No. 26-cv-04636.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

NA

2. Indicate whether the party on whose behalf this Form is being filed is ☑ or is not ☐ the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

/s/Nithya Nagarajan
Signature of Attorney

11/13/2026
Date

Husch Blackwell LLP
Firm
1801 Pennsylvania Avenue, NW Suite 1000
Street Address
Washington, DC 20006-3606
City, State and Zip Code
(202) 378-2409
Telephone Number
Nithya.Nagarajan@huschblackwell.com
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)