**FORM 13**

**UNITED STATES COURT OF INTERNATIONAL TRADE**
One Federal Plaza
New York, New York 10278

# DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by Richard F. O'Neill
(Name of attorney of record)
on behalf of Amicus Curiae, Philip Zelikow in the matter of GELLERT GLOBAL GROUP CORP. v. DONALD J. TRUMP, et al., Court No. 26-cv-04636-3JP.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

Not applicable. The Form is being filed on behalf of Amicus Curiae Philip Zelikow, an individual.

2. Indicate whether the party on whose behalf this Form is being filed is ☐ or is not ☐ the real party in interest. If not, identify below the real party in interest.

Not applicable. The Form is being filed on behalf of Amicus Curiae Philip Zelikow, an individual.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

Not applicable.

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

Not applicable.

/s/ Richard F. O'Neill
Signature of Attorney

November 13, 2026
Date

Neville Peterson LLP
Firm

701 Fifth Ave. Ste. 4200-2159
Street Address

Seattle, WA 98104-4089
City, State and Zip Code

206 905-3648
Telephone Number

roneill@npwny.com
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)