**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE CLAIRE R. KELLY**
**THE HONORABLE JOSEPH A. LAROSKI, JR.**
**THE HONORABLE KARA M. WESTERCAMP**

**------------------------------------------------------------------ X**

**GELLERT GLOBAL GROUP CORP.,** :

**Plaintiff,** :

**v.** : **Case No. 26-cv-04636-3JP**

**DONALD J. TRUMP, in his official capacity as President of the United States, et al.,** :

**Defendants.** :

**------------------------------------------------------------------ X**

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, Richard F. O'Neill, John M. Peterson, and Patrick B. Klein of Neville Peterson LLP will appear for proposed amici curiae, Philip Zelikow and Robert Zoellick, in this action. The individual attorney in the undersigned firm who is responsible for this litigation is Richard F. O'Neill of Neville Peterson LLP.

Respectfully submitted,

/s/ Richard F. O'Neill

Richard F. O'Neill
NEVILLE PETERSON LLP
701 Fifth Ave., Ste. 4200-2159
Seattle, WA 98104-4089
(206) 905-3648
roneill@npwny.com

John M. Peterson
Patrick B. Klein
NEVILLE PETERSON LLP
One Exchange Plaza
55 Broadway, Suite 2602
New York, NY 10006
(212) 635-2730
pklein@npwny.com

*Counsel for Proposed Amici Curiae,*
*Philip Zelikow and*
*Robert Zoellick*

Dated: November 13, 2026