IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

Before: The Honorable Claire R. Kelly, Joseph A. Laroski, and Kara M. Westercamp, Judges

| | |
|---|---|
| GELLERT GLOBAL GROUP CORP.,<br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br>Defendants. | Case No. 26-cv-04636 |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, Daniel Cannistra, and Weronika Bukowski, of Crowell & Moring LLP will appear for proposed amici curiae in this action. The individual attorney who is responsible for this litigation is Daniel Cannistra.

Dated: November 13, 2026

*<u>/s/ Weronika Bukowski</u>*

Daniel Cannistra
CROWELL & MORING LLP
600 Fifth St., NW
Washington, DC 20001
Phone: (202) 624-2902
dcannistra@crowell.com

Weronika Bukowski
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Ave

New York, NY 10001
Phone: (212) 530-1930
wbukowski@crowell.com