IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

Before: The Honorable Claire R. Kelly, Joseph A. Laroski, and Kara M. Westercamp, Judges

| | |
|---|---|
| GELLERT GLOBAL GROUP CORP.,<br>Plaintiff,<br>v.<br>DONALD J. TRUMP, *et al.*,<br>Defendants. | Case No. 26-cv-04636 |

*AMICI CURIAE*'S CONSENT MOTION FOR ERRATA

Pursuant to Rule 3(e) of the Rules of the United States Court of International Trade, *amici curiae*, Cato institute and Ilya Somin, move to amend the Amicus Brief previously submitted in this action on November 13, 2026, to add a heading, and to correct the table of contents and word count to reflect the updated heading. On November 17, 2026, Counsel for Plaintiffs and Defendants indicated that they consent to this motion.

A redline version showing the changes made to the Amicus Brief are appended as Attachment 1. A clean, correction version of the Amicus Brief is appended as Attachment 2.

Respectfully submitted,

Dated: November 17, 2026

/s/ Weronika Bukowski
Weronika Bukowski

Daniel Cannistra
CROWELL & MORING LLP
600 Fifth St., NW
Washington, DC 20001

Ilya Somin
Professor of Law
ANTONIN SCALIA LAW SCHOOL
GEORGE MASON UNIVERSITY
3301 Fairfax Dr.
Arlington, VA 22201

Phone: (703) 993-8069
lsomin@gmu.edu

*Of Counsel*

Phone: (202) 624-2902
dcannistra@crowell.com

Weronika Bukowski
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Ave
New York, NY 10001
Phone: (212) 530-1930
wbukowski@crowell.com

*Attorneys to Amici Curiae*

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

Before: The Honorable Claire R. Kelly, Joseph A. Laroski, and Kara M. Westercamp, Judges

| | |
|---|---|
| GELLERT GLOBAL GROUP CORP.,<br>Plaintiff,<br>v.<br>DONALD J. TRUMP, *et al.*,<br>Defendants. | Case No. 26-cv-04636 |

**ORDER**

Upon consideration of *amici curiae*'s Consent Motion for Errata, it is hereby:

**ORDERED** that the Consent Motion for Errata is granted, and it is further:

**ORDERED** that the corrected version of *amici curiae*'s Amicus Brief is deemed filed.

Dated: ____________________
New York, NY

______________________________
JUDGE